UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,     Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,     Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.

**05 - 30041 - KPN**

## CERTIFICATE OF NOTICE

I, Edward S. Rooney, Jr., being first duly sworn, on oath depose and say that, acting on behalf of the defendant Reassure America Life Insurance Company in the above-entitled action, I have this day notified the plaintiffs in said action that a Notice of Removal of the said action from the Superior Court Department of the Trial Court of Massachusetts in and for the County of Hampden, was filed on or about February 7, 2005 in the United States District Court for the District of Massachusetts, said notification being made by letter mailed, via overnight delivery, to the plaintiffs' attorney, Mark D. Mason, Esq., Cooley Shrair, P.C., 1380 Main Street, Springfield, Massachusetts 01103, and I have filed a copy of said Notice of Removal with the Clerk of Hampden Superior Court, Commonwealth of Massachusetts, all in accordance with Title 28, United States Code, Section 1446(d).

{K0296739.1}

Signed under the pains and penalties of perjury this 7th day of February, 2005.

Edward S. Rooney, Jr.
BBO #426840
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
(617) 342-6800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by overnight delivery, this 7th day of February, 2005.

Edward S. Rooney, Jr.

{K0296739.1}2