# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:  Civil / Criminal No.  **3: 05-CV-30041-MAP**

   Title:  **DAVID A. SHRAIR,  ET AL., V. REASSURE AMERICA LIFE INS. CO.**


# NOTICE


Please take notice that the above-entitled case previously assigned to Judge **Kenneth P. Neiman**

has been transferred to Judge **Michael A. Ponsor** for all further proceedings. From this date

forward the number on all pleadings should be followed by the letter (s) **MAP** . In addition,

please ensure that all future correspondence with the Clerk's Office has the proper number and

letter on the lower left hand corner of the envelope, as well on the correspondence or pleading

being filed.


   Thank you for your cooperation in this matter.


   **Tony Anastas, Clerk**


   **By**: /s/ *Maurice G. Lindsay*
   **Maurice G. Lindsay**
   **Deputy Clerk**


**Date:** February 10, 2005


Copies to: All Counsel of Record, and Systems Administrator