UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID A. SHRAIR and ANNE POLEP, )
Co-Trustees of the Mortimer Polep )
Irrevocable Trust, )
                Plaintiffs )
)
v. )  Civil Action No. 05-30041-MAP
)
)
REASSURE AMERICA LIFE )
INSURANCE COMPANY, )
                Defendant )

SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery, including non-expert depositions, shall be completed by December 30, 2005.

2. Counsel shall appear for a case management conference on January 5, 2006, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: June 30, 2005

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge