UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30041-MAP

DAVID A. SHRAIR and )
ANNE POLEP, Co-Trustees of the )
Mortimer Polep Irrevocable Trust, )
                            Plaintiffs )
 )
vs. )
 )
REASSURE AMERICA )
LIFE INSURANCE COMPANY, )
                            Defendant )
 )

## Defendant's Local Rule 16.1(D) Certification

Edward S. Rooney, Jr., attorney for the defendant Reassure America Life Insurance Company, and Shannon K. Aiello, Assistant Claims Counsel for defendant Reassure America Life Insurance Company, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting both the full course and various alternative courses for this litigation and have considered seeking resolution of the matter through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
EDWARD S. ROONEY, JR.
Eckert Seamans Cherin & Mellott LLC
One International Place
Boston, MA 02110
Tel. (617) 342-6800
Fax: (617) 342-6899
BBO# 426840

_____
SHANNON K. AIELLO
Reassure America Life Insurance Company

{Document=X:\DOCS\13902\2\affidavi\00080085.DOC;1}