UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust, <br><br>  Plaintiffs <br> v. <br><br> REASSURE AMERICA LIFE INSURANCE COMPANY, <br>  Defendant | CIVIL ACTION NO. 05-30041-MAP |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiffs in the above-captioned action.

                              The Plaintiffs
                              David A. Shrair and Anne Polep

Dated: January 4, 2006            BY: _____
                              Dawn D. McDonald
                              BBO# 647256
                              Cooley, Shrair P.C.
                              1380 Main Street
                              Springfield, MA 01103
                              Tel: 413-781-0750; Fax: 413-733-3042

### CERTIFICATE OF SERVICE

I, Dawn D. McDonald, hereby certify that on this 5th day of January, 2006, I served a copy of the foregoing document via hand delivery to:

Edward S. Rooney, Jr., Esq.
Eckert, Seamans, Cherin & Mellott, LLC
One International Place, 18th Flr.
Boston, MA 02110

_____
Dawn D. McDonald

87983