UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID A. SHRAIR, et al.,            )
        Plaintiffs            )
                                    )
    v.                              )   Civil Action No. 05-30041-MAP
                                    )
                                    )
REASSURE AMERICA LIFE               )
INSURANCE COMPANY,          )
        Defendant            )

FURTHER SCHEDULING ORDER
January 5, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. The two remaining depositions shall be completed by February 15, 2006.

2. Defendant shall file its motion for summary judgment by March 31, 2006.

3. Plaintiffs shall file their opposition to Defendant's motion by April 18, 2006, to which Defendant may reply by April 25, 2006.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge