UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>　　　　Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-30041-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO REVISE SCHEDULING ORDER

Plaintiffs David A. Shrair and Anne Polep, Trustees of the Mortimer Polep Irrevocable Trust, and defendant Reassure America Life Insurance Company, jointly move that the Scheduling Order entered by Magistrate Judge Neiman on January 6, 2006 be revised as follows, and as grounds therefore state as follows:

　　　　1.　　On January 6, 2006, Magistrate Judge Neiman entered a Further Scheduling Order, and with respect to the filing of motions for summary judgment, set the following schedule: Defendant's motion for summary judgment to be filed by March 31, 2006; Plaintiffs' opposition to be filed by April 18, 2006; and Defendant's Reply to be filed by April 25, 2006.

　　　　2.　　The parties jointly request that these filing dates be revised and extended as follows: Defendant's motion for summary judgment to be filed by April 11, 2006; Plaintiffs' opposition to be filed by May 1, 2006; and Defendant's Reply to be filed by May 8, 2006.

　　　　3.　　The parties submit that this short extension of the filing dates with respect to defendant's motion for summary judgment is needed in order to give both parties additional time

{K0322490.1}

to fully and completely brief the legal and factual issues with respect to defendant's motion.

Neither party feels that it will be prejudiced by the requested extension.

WHEREFORE, the parties jointly request that this motion be allowed.

| THE PLAINTIFFS, | THE DEFENDANT, |
|---|---|
| DAVID A. SHRAIR & ANNE POLEP, TRUSTEES OF THE MORTIMER POLEP IRREVOCABLE TRUST, | REASSURE AMERICA LIFE LIFE INSURANCE COMPANY, |
| By: /s/ Mark D. Mason<br>Mark D Mason, Esq.<br>Cooley, Shrair P.C.<br>1380 Main Street, 5th Floor<br>Springfield, MA 01103<br>Tel. (413) 781-0750<br>BBO# 544936 | By: /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Sr.<br>Eckert, Seamans, Cherin<br>& Mellot, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>Tel. (617) 342-6863<br>BBO# 426840 |

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 3/30/06
By: /s/ E. S. Rooney Jr.

{K0322490.1}