UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>　　　　Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>　　　　Defendant | CIVIL ACTION NO. 05-30041-MAP |

## NOTICE OF FILING WITH CLERK'S OFFICE RE: MOTION FOR SUMMARY JUDGMENT OF DEFENDANT REASSURE AMERICA LIFE INSURANCE COMPANY

Notice is hereby given by defendant Reassure America Life Insurance Company that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Motion for Summary Judgment of Defendant Reassure America Life Insurance Company;

2. Defendant Reassure America Life Insurance Company's Memorandum of Law in Support of its Motion for Summary Judgment;

3. Plaintiffs' Verified Complaint;

4. Defendant's Answer;

5. Deposition testimony of David A. Shrair and Exhibits 1 - 13;

6. Deposition testimony of Barbara Cowens, Reassure's Vice President of Administrative Reinsurance, and Exhibits 14 - 31;

7. Deposition testimony of James D. Aronson and Exhibits 1 - 10; and

8. Deposition testimony of J. Rockwell Allen and Exhibits 1 – 7.

{K0323056.1}

The original documents will be maintained in the case file in the Clerk's Office.

Dated: April 10, 2006

Respectfully submitted,

REASSURE AMERICA LIFE
INSURANCE COMPANY

By its attorneys,

_S. S. Rooney Jr._
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
(617) 342-6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 4/10/06
By: S. S. Rooney Jr.

{K0323056.1}