UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30041-MAP

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>    Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>    Defendant | PLAINTIFFS' MOTION TO EXPAND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH ASSENT |

Now come Plaintiffs in the above-referenced matter and respectfully request this Court expand the time for Plaintiffs to file their Opposition to Defendant's Motion for Summary Judgment from May 1, 2006 to May 3, 2006, and expand the time period for Defendant to file its Reply to May 10, 2006. As basis therefore, Plaintiffs state that their counsel requires an additional two (2) days in order to file their Opposition.

WHEREFORE, Plaintiffs respectfully request their instant Motion be allowed.

Date: April 24, 2006

ASSENTED TO:
The Defendant,
Reassure America Life
Insurance Company,

*[signature]*
Edward S. Rooney, Esq.
BBO#: 426840
Eckert, Seamans, Cherin & Mellott P.C.
One International Place, 18th Flr.
Boston, MA 02110
Tel: (617) 342-6800
Fax: (617) 342-6899

By: *[signature]*

The Plaintiffs, David A. Shrair and
Anne Polep, Trustees of the
Mortimer Polep Irrevocable Trust,

Mark D Mason, Esq.
BBO#: 544936
Cooley, Shrair P.C.
1380 Main Street, 5th Flr.
Springfield, MA 01103
Tel: (413) 735-8040
Fax: (413) 733-3042

13902\2\91866