UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>    Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-30041-MAP |

## DEFENDANT'S MOTION TO EXTEND TIME FOR FILING REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
### (ASSENTED TO BY PLAINTIFFS)

Defendant Reassure America Life Insurance Company moves to extend the time for filing its Reply in support of its motion for summary judgment by a period of seven (7) days, from May 10 to May 17, 2006. As grounds therefore, defendant states that it needs the additional time in order to respond to Plaintiffs' Opposition and Opposition Memorandum to Defendant's Motion for Summary Judgment. Plaintiffs have assented to the allowance of this motion.

WHEREFORE, defendant respectfully requests that this motion be allowed.

{K0324852.1}

| ASSENTED TO BY PLAINTIFFS: | DEFENDANT, |
|---|---|
| DAVID A. SHRAIR & ANNE POLEP, TRUSTEES OF THE MORTIMER POLEP IRREVOCABLE TRUST, | REASSURE AMERICA LIFE LIFE INSURANCE COMPANY, |

By: /s/ Mark D. Mason
    Mark D Mason, Esq.
    Cooley, Shrair P.C.
    1380 Main Street, 5th Floor
    Springfield, MA 01103
    Tel. (413) 781-0750
    BBO# 544936

By: /s/ Edward S. Rooney, Jr.
    Edward S. Rooney, Sr.
    Eckert, Seamans, Cherin
    & Mellot, LLC
    One International Place, 18th Floor
    Boston, MA 02110
    Tel. (617) 342-6863
    BBO# 426840

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 5/9/06
By: E. S. Rooney Jr.

{K0324852.1}