UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>　　　　Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>　　　　Defendant | CIVIL ACTION NO. 05-30041-MAP |

## DEFENDANT REASSURE AMERICA LIFE INSURANCE COMPANY'S MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF DAVID A. SHRAIR, ESQ.

Defendant Reassure America Life Insurance Company ("Reassure") moves to strike certain statements made in the Affidavit of David A. Shrair, Esq. which relate to the actions or knowledge of Anne Polep or Mortimer Polep and which statements are hearsay and not made based upon the personal knowledge of David Shrair. In support of this motion, defendant states as follows.

In opposition to defendant Reassure's motion for summary judgment, plaintiffs have submitted the Affidavit of David A. Shrair. In paragraphs 2, 3, 4 and 5 of the affidavit, Mr. Shrair makes statements as to certain actions taken or not taken by Anne Polep and Mortimer Polep, and as to certain notices that Mr. and Mrs. Polep may, or may not have, received. In addition, in paragraph 4 of the affidavit, Mr. Shrair makes a statement as to what Mr. and Mrs. Polep were "reasonably led to rely upon ... to their detriment." All of these statements are hearsay and not made on the personal knowledge of Mr. Shrair. Clearly, Mr. Shrair cannot testify as to what Mr. or Mrs. Polep were personally "led to rely upon to their

{K0325159.1}

detriment." Similarly, the statements in paragraph 2 as to what the Poleps may have "requested," in paragraph 3 as to whether they had been "advised" about a suspension in billing and in paragraph 5 as to whether they had "received" a notice are all hearsay and should be stricken because they are not made on Mr. Shrair's personal knowledge.

WHEREFORE, defendant requests that this motion be allowed and that any and all statements in the Affidavit of David Shrair that relate to the actions, knowledge or beliefs of Anne Polep or Mortimer Polep be stricken.

Respectfully submitted,

REASSURE AMERICA LIFE
INSURANCE COMPANY

By its attorneys,

May 17, 2006

/s/ Edward S. Rooney, Jr.
Edward S. Rooney, Jr.
BBO No. 426840
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
(617) 342-6800

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 5/17/06
By: E. S. Rooney

{K0325159.1}