UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>Plaintiffs,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>Defendants | Case No.: 05-30041-MAP<br><br><br><br>ASSENTED TO MOTION TO EXTEND TIME FOR FILING OF OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF DAVID A. SHRAIR, ESQ. |

NOW COME the Plaintiffs in the above-referenced matter and respectfully request leave of this honorable Court to extend the date to serve their opposition to Defendant's Motion, currently due on May 31, 2006, to June 7, 2006. As basis therefore, Plaintiffs state that an additional week is needed to organize an opposition to the Defendant's Motion. Further, the hearing for Summary Judgment is not scheduled until September 21, 2006.

WHEREFORE, Plaintiffs respectfully request their within Motion be allowed.

May 26, 2006

Assented to:

By: _____/s/ Edward Rooney__
Edward S. Rooney, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110
BBO#426840

The Plaintiffs,
David A. Shrair and Anne Polep,

By:_____/s/ Mark Mason___
Mark D. Mason, Esq.
Cooley Shrair, P.C.
1380 Main Street
Springfield, MA 01103
Tel: (413) 735-8040
BBO#544936

{1}