UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>            Plaintiff,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>            Defendant | Case No.: 05-30041-MAP<br><br>**ASSENTED TO MOTION TO CONTINUE HEARING DATE** |

    Now come the Plaintiffs in the above-captioned matter and respectfully request this Honorable Court continue the hearing on Defendant's Motion for Summary Judgment, currently scheduled for September 20, 2006.  As basis therefore, Plaintiffs attach the Affidavit of Mark D. Mason, Esquire and state that their counsel is unavailable on September 20, 2006 whereas he will be presiding at the Massachusetts Bar Association's House of Delegates Meeting on such date in Dartmouth, Mass.

    WHEREFORE, Plaintiffs respectfully request that their instant Motion be allowed, and that the hearing on Defendant's Motion for Summary Judgment be continued to October 4, 2006.

| | |
|---|---|
| Assented to: | Respectfully Submitted,<br>The Plaintiffs, David A. Shrair and Anne Polep, Trustees of the Mortimer Polep Irrevocable Trust |
| By: /s/ Edward S. Rooney<br>Edward S. Rooney, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>One International Place<br>18th Floor<br>Boston, MA 02110<br>BBO#426840<br>Tel: (617) 342-6863<br>Fax: (617) 342-6899 | By: /s/ Mark D Mason<br>Mark D Mason, Esq.<br>BBO# 544936<br>Cooley, Shrair P.C.<br>1380 Main Street, 5th Flr.<br>Springfield, MA 01103<br>Tel: (413) 781-0750<br>Fax: (413) 733-3042 |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>REASSURE AMAERICA LIFE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 05-30041-MAP<br><br><br>**AFFIDAVIT** |

I, Mark D. Mason, under the pains and penalties of perjury, depose and say as follows:

1. I am an attorney in the office of Cooley, Shrair P.C. and am in good standing in the Commonwealth of Massachusetts.

2. I will be unavailable for the hearing of Defendant's Motion for Summary Judgment scheduled for September 20, 2006 whereas I will be presiding at the Massachusetts Bar Association's House of Delegates Meeting on such date in Dartmouth, Massachusetts.

3. This affidavit is submitted in support of Plaintiffs' Assented to Motion to Continue Hearing Date.

Signed and sworn to this 17th day of July, 2006.

                                                      ___/s/ Mark D Mason_____
                                                      Mark D. Mason, Esq.