```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

DAVID A. SHRAIR and ANNE        )
POLEP, Trustees of the Mortimer )
Polep Irrevocable Trust,        )
         Plaintiff              )
                                )
    v.                          )  C.A. NO. 05-30041-MAP
                                )
REASSURE AMERICA LIFE INSURANCE )
COMPANY,                        )
         Defendant              )

### FINAL PRETRIAL ORDER

November 1, 2006

PONSOR, D.J.

Counsel appeared before this court for argument on Defendant's Motion for Summary Judgment on October 31, 2006. The motion was denied. Based on counsel's representations following argument, the court orders as follows:

 1. Counsel will appear again for a final pretrial conference on December 18, 2006 at 3:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal. Counsel for Defendant may appear via telephone.

 2. Trial in this matter will commence on April 23, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

 3. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than April 9, 2007.

 It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
**MICHAEL A. PONSOR**
**United States District Judge**