UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID A. SHRAIR and ANNE       )
POLEP, Trustees of the Mortimer )
Polep Irrevocable Trust,       )
      Plaintiff           )
                          )
      v.                  ) C.A. NO. 05-30041-MAP
                          )
REASSURE AMERICA LIFE INSURANCE )
COMPANY,                       )
      Defendant           )

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 16)

November 1, 2006

PONSOR, D.J.

    Counsel appeared on October 31, 2006 for argument on Defendant's Motion for Summary Judgment. Following argument, the court indicated it would be denying the motion and stated its reasons.

    In summary, the court has found that a disputed issue of fact exists as to whether the lapse notice for the pertinent insurance policy was actually mailed. Although Defendant's arguments in support of mailing are strong, they are insufficient to justify summary judgment in light of the Rule 56 standard. Defendant's Motion for Summary Judgment (Dkt. No. 16) is therefore hereby DENIED.

    By separate order, the court has established a schedule for completion of pretrial proceedings and for trial.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge