UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>　　　Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>　　　Defendant | CIVIL ACTION NO. 05-30041-MAP |

## JOINT MOTION TO RESCHEDULE JURY TRIAL

Plaintiffs David A. Shrair and Anne Polep, Trustees of the Mortimer Polep Irrevocable Trust, and defendant Reassure America Life Insurance Company, jointly move that the trial of this case, which presently is set for April 23, 2007, be rescheduled to April 30, 2007, or such other date that is available at or about this time, and as grounds therefore state as follows:

1. On October 31, 2006, counsel for the parties appeared before the Court for oral argument on defendant's motion for summary judgment. After argument, the Court denied the motion and set a schedule for the pre-trial conference and trial of the case. The Court assigned the case for trial on April 23, 2007.

2. Subsequent to the hearing, counsel for defendant Reassure learned that Reassure's in-house counsel has a longstanding family commitment that conflicts with the scheduled trial date and which would prevent her from attending the trial. Therefore, defendant requests that the trial commence on April 30, 2007, a date which does not conflict with in-house counsel's family commitment.

{K0335524.1}

3. Counsel for plaintiffs has no objection to this new, proposed trial date and joins in the motion. Neither party feels that it will be prejudiced by postponing the start of the trial by one week.

WHEREFORE, the parties joined request that this motion be allowed.

| THE PLAINTIFFS, | THE DEFENDANT, |
|---|---|
| DAVID A. SHRAIR & ANNE POLEP, TRUSTEES OF THE MORTIMER POLEP IRREVOCABLE TRUST, | REASSURE AMERICA LIFE LIFE INSURANCE COMPANY, |
| By: /s/ Mark D. Mason<br>Mark D Mason, Esq.<br>Cooley, Shrair P.C.<br>1380 Main Street, 5th Floor<br>Springfield, MA 01103<br>Tel. (413) 781-0750<br>BBO# 544936 | By: /s/ Edward S. Rooney, Jr.<br>Edward S. Rooney, Sr.<br>Eckert, Seamans, Cherin<br>& Mellot, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>Tel. (617) 342-6863<br>BBO# 426840 |

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 11/9/06
By: /s/ E.S. Rooney Jr.

{K0335524.1}