UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID A. SHRAIR, ET AL
    Plaintiff

V.                                           CIVIL ACTION NO.  05-30041-MAP

REASSURE AMERICA LIFE
INSURANCE COMPANY,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on January 30, 2007   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty  (30) days if settlement is not consummated.

                                                      By the Court,

January 31, 2007                                  /s/   Mary Finn
Date                                                    Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                            [stlmtodism.]