# United States District Court
# District of Massachusetts

DAVID A. SHRAIR, ETC., ET AL.,
    Plaintiffs,

v.                    CIVIL ACTION NO. 2005-30041-MAP

REASSURE AMERICA LIFE
    INSURANCE COMPANY,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On January 30, 2007, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiffs' and defendant's counsel participated; a representative the defendant and the plaintiff Shrair were present.

[X]    The case was SETTLED ; your Clerk should issue a 30 day order.

<u>January 30, 2007</u>                  *Robert B. Collings*
DATE                                           ROBERT B. COLLINGS
                                                   United States Magistrate Judge

Copy to:    Judge Ponsor
                Rebecca Tyler, Esquire,
                Counsel for all parties.