UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>    Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-30041-MAP |

## JOINT MOTION OF THE PARTIES TO EXTEND TIME FOR FILING FINAL PAPERS

Following successful mediation on January 30, 2007, the above-entitled action was reported to the Court as settled. The Court thereafter gave the parties 30 days to file closing papers. In accordance therewith, the parties have been working diligently to draft and finalize the appropriate final papers, but these papers are still not ready for submission to the Court. Therefore, the parties respectfully request an additional 20 days to March 19, 2007 for submission of these final papers.

| | |
|---|---|
| DAVID A. SHRAIR & ANNE POLEP, TRUSTEES OF THE MORTIMER POLEP IRREVOCABLE TRUST, | REASSURE AMERICA LIFE LIFE INSURANCE COMPANY, |
| By: /s/ Mark D. Mason<br>    Mark D Mason, Esq.<br>    Cooley, Shrair P.C.<br>    1380 Main Street, 5th Floor<br>    Springfield, MA 01103<br>    Tel. (413) 781-0750<br>    BBO# 544936 | By: /s/ Edward S. Rooney, Jr.<br>    Edward S. Rooney, Sr.<br>    Eckert, Seamans, Cherin<br>    & Mellot, LLC<br>    One International Place, 18th Floor<br>    Boston, MA 02110<br>    Tel. (617) 342-6863<br>    BBO# 426840 |

{K0342794.1}

### CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 2/28/07
By: E. S. Rooney Jr.