UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID A. SHRAIR and ANNE POLEP, Trustees of the Mortimer Polep Irrevocable Trust,<br>          Plaintiffs<br><br>v.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY,<br>          Defendant | CIVIL ACTION NO. 05-30041-MAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this action shall be dismissed with prejudice, each party to bear its own costs, and all rights to appeal are hereby waived.

THE PLAINTIFFS,

DAVID A. SHRAIR & ANNE POLEP,
TRUSTEES OF THE MORTIMER POLEP
IRREVOCABLE TRUST,

By: /s/ Mark D. Mason
    Mark D Mason, Esq.
    Cooley, Shrair P.C.
    1380 Main Street, 5th Floor
    Springfield, MA 01103
    Tel. (413) 781-0750
    BBO# 544936

THE DEFENDANT,

REASSURE AMERICA LIFE
LIFE INSURANCE COMPANY,

By: /s/ Edward S. Rooney, Jr.
    Edward S. Rooney, Sr.
    Eckert, Seamans, Cherin
    & Mellot, LLC
    One International Place, 18th Floor
    Boston, MA 02110
    Tel. (617) 342-6863
    BBO# 426840

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 3/16/07
By: /s/ E. S. Rooney